# EXHIBIT 1

# NIKE ACCOUNT APPLICATION AND AGREEMENT

RECEIVED FEB 24

**Sales Rep Only**

| SALES AGENCY NAME | FOOTWEAR SLSM # | APRL SLSM # | EQUIPMENT SLSM # |
|---|---|---|---|
| | 1046 | 196 | 1046 |

| SALES REP SIGNATURE | DATE SIGNED | RSM |
|---|---|---|
| Michael R. Belt | 2/12/05 | MRS LEVENSON |

ASSIGNED ACCT. # 205775

## APPLICANT PORTION
Complete this section and return to your Sales Representative.

For the purposes of becoming an authorized NIKE USA, Inc. ("NIKE") retailer and establishing open account credit terms with NIKE, undersigned Applicant furnishes the following information:

**NEW ACCOUNT APPLICANTS, PLEASE FILL OUT ENTIRE FORM.**

If Applicant desires only to add retail locations or additional products to existing account, please fill in shaded portions, any changes from the last application, and complete the reverse side of this Application.

PREVIOUS ACCOUNT #

APPLICATION TYPE: [X] New Account  [ ] Ownership Change  [ ] Address Change  [ ] Add Retail Location to Existing Account  [ ] Add Product

| APPLICANT'S BUSINESS NAME | TAX ID OR SOCIAL SECURITY # (9 digit number) | DUN & BRADSTREET # (9 digit number) |
|---|---|---|
| CARDINAL GOLF / GROUP | TIO | N/A |

| APPLICANT'S DBA NAME | PHONE | FAX |
|---|---|---|
| EIN # | 574-286-7227 | 574-256-6855 |

| WEBSITE ADDRESS (if any) | EMAIL ADDRESS (if any) | | |
|---|---|---|---|

| HEADQUARTERS ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 3505 N HOME ST Suite 114 | MISHAWAKA | IND | 46545 |

| BILLING ADDRESS, IF DIFFERENT | CITY | STATE | ZIP |
|---|---|---|---|
| P.O. BOX 949 | GRANGER | IND | 46530 |

| STORE # | RETAIL OUTLET (SHIP TO) ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| MAIN | 3505 N. HOME ST Suite 114 | MISHAWAKA | IND | 46545 |

| DATE PRESENT BUSINESS STARTED | LEGAL ORGANIZATION |
|---|---|
| '04 | [ ] Sole Proprietorship  [ ] Partnership  [X] Corporation  [ ] LLC  [ ] LLP |

| IF A CORPORATION, LLC OR LLP STATE OF INCORPORATION | REGISTERED AGENT |
|---|---|
| INDIANA | DON WERTHEIMER |

| IF A NEW BUSINESS, AMOUNT OF BEGINNING CAPITAL AND SOURCE(S) | YEARS AT PRESENT LOCATION | FINANCIAL STATEMENT YEAR END |
|---|---|---|

## OWNERSHIP INFORMATION
List the names of all Applicant's owners, partners, shareholders, officers, and directors and complete all information for each. Attach additional sheets if necessary.

| LEGAL NAME | HOME ADDRESS/STREET | CITY | STATE | ZIP | OWNERSHIP % |
|---|---|---|---|---|---|
| SCOTT CORREIRA | 50644 Rush Creek Court | GRANGER | IND | 46530 | |

| HOME PHONE | BUSINESS PHONE | DRIVER'S LICENSE NUMBER (STATE) | SOCIAL SECURITY # | OFFICER OF APPLICANT [ ] DIRECTOR OF APPLICANT [ ] | TITLE |
|---|---|---|---|---|---|
| 574-271-8604 | | | | | PARTNER |

| LEGAL NAME | HOME ADDRESS/STREET | CITY | STATE | ZIP | OWNERSHIP % |
|---|---|---|---|---|---|
| JAMES S. KILCOIN | 51593 HIGHLAND SHORES DR | GRANGER | IND | 46530 | |

| HOME PHONE | BUSINESS PHONE | DRIVER'S LICENSE NUMBER (STATE) | SOCIAL SECURITY # | OFFICER OF APPLICANT [ ] DIRECTOR OF APPLICANT [ ] | TITLE |
|---|---|---|---|---|---|
| 574-277-1918 | | | | | PARTNER |

| LEGAL NAME | HOME ADDRESS/STREET | CITY | STATE | ZIP | OWNERSHIP % |
|---|---|---|---|---|---|
| | | | | | |

| HOME PHONE | BUSINESS PHONE | DRIVER'S LICENSE NUMBER (STATE) | SOCIAL SECURITY # | OFFICER OF APPLICANT [ ] DIRECTOR OF APPLICANT [ ] | TITLE |
|---|---|---|---|---|---|

| LEGAL NAME | HOME ADDRESS/STREET | CITY | STATE | ZIP | OWNERSHIP % |
|---|---|---|---|---|---|

| HOME PHONE | BUSINESS PHONE | DRIVER'S LICENSE NUMBER (STATE) | SOCIAL SECURITY # | OFFICER OF APPLICANT [ ] DIRECTOR OF APPLICANT [ ] | TITLE |
|---|---|---|---|---|---|

ATTACH THE MOST RECENT FINANCIAL STATEMENT FOR EACH PERSON LISTED ABOVE AND IDENTIFY WHETHER ASSETS ARE INDIVIDUALLY OR JOINTLY OWNED OR ARE COMMUNITY PROPERTY. IF ASSETS ARE JOINTLY OWNED OR ARE COMMUNITY PROPERTY, INCLUDE NAME OF JOINT OR COMMUNITY PROPERTY OWNER ON FINANCIAL STATEMENT.

For each person listed above who has a 50% greater interest in Applicant, list current position and if less than two years in that position, list previous experience.

| NAME | POSITION | PREVIOUS EXPERIENCE |
|---|---|---|
| | | |
| | | |

## BANK REFERENCES

| BANK NAME | BANK BRANCH | CITY | STATE | PHONE |
|---|---|---|---|---|
| BANK ONE | IRONWOOD | SOUTH BEND 283-4150 | INDIANA | 283-4150 |

| ACCOUNT # | CREDIT LINE AMOUNT | LOAN OFFICER | | FAX |
|---|---|---|---|---|
| | | STEVE WHEATLEY | | |

| BANK NAME | BANK BRANCH | CITY | STATE | PHONE |
|---|---|---|---|---|
| | | | | FAX |

| ACCOUNT # | CREDIT LINE AMOUNT | LOAN OFFICER | | |
|---|---|---|---|---|

## TRADE REFERENCES

| (1) FIRM NAME | ADDRESS | PHONE | ACCOUNT # | CREDIT LINE AMOUNT |
|---|---|---|---|---|
| ASHWORTH | | | | |
| (2) POLO RALPH LAUREN | | | | |
| (3) OAKLEY | | | | |

**IMPORTANT! PLEASE INCLUDE APPLICANT'S LATEST BUSINESS FINANCIAL STATEMENT**

235 MAY 2003

Applicant agrees to be bound by the following terms and conditions:

1. **ORDERS:** All orders are subject to acceptance by NIKE USA, Inc. and its assignees ("NIKE") and such acceptance is conditional upon Applicant's acceptance of these terms and conditions and the Terms and Conditions of Sale, which Applicant hereby acknowledges NIKE has provided to Applicant. Applicant understands and acknowledges that NIKE may amend or modify such terms and conditions and Terms and Conditions of Sale upon notice to Applicant, which may be provided by any of the following means: (a) written notice mailed to Applicant's billing address; (b) provision of such amended or modified terms and conditions or Terms and Conditions of Sale on a NIKE Invoice, Order Acknowledgement or Order Discrepancy Form; (c) publication in an applicable NIKE catalog; or (d) publication on Nike's website for retailers.
2. **PRICES:** *Orders will be invoiced at the prices prevailing at the time such orders are fully recorded into NIKE's central ordering system.* The amount reflected in any NIKE invoice will be deemed accepted and conclusively binding upon Applicant as an account stated unless Applicant notifies NIKE in writing within thirty (30) days after the date such invoice is due. In the event a NIKE product is listed at an incorrect price due to typographical error or error in pricing information received from NIKE's suppliers, NIKE shall have the right to refuse or cancel any unshipped orders placed for product listed at the incorrect price. NIKE shall have the right to refuse or cancel any such orders at any time prior to delivery to Applicant, regardless of whether or not the order has been confirmed or payment has been received. If payment has been received, NIKE will, at Applicant's election, refund the payment or issue a credit to Applicant's account. If for any reason NIKE is not reasonably able to fulfill all or any portion of orders for its accounts, NIKE reserves the right to allocate its available product in its sole and unfettered discretion.
3. **TERMS OF SALE:** Unless otherwise agreed by the parties, all NIKE goods will be sold F.O.B. shipping point. Applicant shall pay for all NIKE goods sold on open account when due pursuant to the Terms and Conditions of Sale stated on NIKE's invoice. The terms and conditions contained in this Application, and the Terms and Conditions of Sale contained in any NIKE invoice, in any NIKE sales order, in any NIKE Order Acknowledgement and in any NIKE Discrepancy Letter take precedence over any terms and conditions set forth in Applicant's purchase order or other similar document, and to the extent such terms and conditions or Terms and Conditions of Sale are internally inconsistent, the Terms and Conditions of Sale on NIKE's invoice will control. Any persons representing that they are employees or agents of Applicant are authorized to place orders with NIKE. Any sums not paid within net terms are subject to a service charge of ONE AND ONE-HALF PERCENT (1.5%) PER MONTH or the maximum rate permitted by law, whichever is lower. NIKE reserves the right to disallow discounts to any Applicant having an overdue balance.
4. **APPLICANT'S COVENANTS:** Applicant agrees to: (a) render prompt, effective and courteous service with respect to the sale of NIKE goods, including all services to which a retail customer of NIKE goods is entitled; (b) vigorously and aggressively encourage the retail sale of NIKE goods; (c) maintain the minimum sales volume established by NIKE from time to time; (d) establish and maintain, independently and in conjunction with NIKE, advertising and marketing policies and methods that emphasize the high-quality characteristics of NIKE goods; (e) provide clean, modern and adequate retail outlet(s) necessary for the proper merchandising and selling of NIKE goods; (f) attend presentations conducted by NIKE sales representatives for the purposes of acquiring knowledge about the technical aspects of NIKE products; and (g) notify NIKE's Customer Information Group in writing by certified mail prior to any change in Applicant's legal organization, ownership, method of doing business or any other information in this Application, or else Applicant's liability for subsequent orders shall remain unaffected notwithstanding that the change could affect liability.
5. **RESTRICTIONS ON SALES\PURCHASES\ASSIGNMENT:** Applicant will not: (a) sell NIKE goods other than to purchasers physically present at the store location(s) specified in this Application; (b) sell, transfer or assign its right as an authorized NIKE dealer without the express written consent of NIKE; (c) sell or otherwise transfer or transship NIKE goods to another retailer, e-tailer, distributor, or broker; (d) purchase NIKE products from any source other than NIKE or directly or indirectly sell or offer to sell NIKE goods on behalf of, or for the account of, any other party; or (f) solicit or take orders, or otherwise sell or offer to sell NIKE goods: (I) through the mail, (II) by catalog, (III) by telephone, or (IV) through any electronic means, including the World Wide Web, e-mail or other Internet channels. Applicant is permitted to advertise NIKE goods through electronic media in order to create or enhance consumer awareness of product performance features and/or indicate the availability of NIKE goods in Applicant's authorized, physical store location(s), provided Applicant complies with NIKE's policies and procedures regarding the use of NIKE logos, trademarks, copyrights, and product and athlete images. Violations of these conditions may result in the immediate termination of Applicant's account and all of Applicant's outstanding orders. *If Applicant opens or acquires additional retail outlet(s), Applicant must submit to NIKE a new Application for each additional physical location or for permission to distribute products vie the Internet or other channels. Applicant may not sell from any such additional physical locations or via the Internet until and unless a new Application is submitted for the additional location or for Internet sales and such Application has been approved by NIKE in its sole and unfettered discretion. NIKE's approval of this Application does not guarantee NIKE's approval of any other outlet location.*
6. **LIST OF NIKE PRODUCTS:** Applicant is *limited* to the retail sale of the following NIKE products. (*This section must be filled out by a NIKE sales representative*):

| ☐ FOOTWEAR | Rep.No. 046 | ☐ APPAREL | Rep.No. | ☐ EQUIPMENT | Rep.No. | ☑ PERFORMANCE EQUIPMENT | Rep.No. |
|---|---|---|---|---|---|---|---|
| ☑ Golf | Scott Lentz | ☑ Golf | 196 | ☐ Vision | | ☐ Sport Balls | |
| ☐ Cycling | | ☐ Cycling | | ☐ Timing | | ☐ Sport Gloves | |
| ☐ Soccer | | ☐ Soccer | | ☐ Ice Hockey | | ☐ Protective | |
| ☐ Tennis | | ☐ Tennis | | ☐ Roller Hockey | | ☐ Baseball | |
| ☐ ACG | | ☐ ACG | | ☐ Performance Skate | | ☐ Softball | |
| ☐ Cleated | | ☐ Running | | ☐ Snow Board | | ☑ Golf | 046 |
| ☐ Running | | ☐ OTS | | | | | |
| | | ☐ Socks | | | | | |
| | | ☐ Accessories | | | | | |
| | | ☐ Snow Board | | | | | |

7. **SECURITY AGREEMENT:** To secure payment and performance of all of Applicant's current and future obligations to NIKE, Applicant grants to NIKE a security interest in all inventory and equipment that Applicant has purchased or will at any time in the future purchase from NIKE and in all accounts, other forms of receivables, documents, instruments, returns and general intangibles that are related in any way to such inventory and equipment. A copy of this Application may be filed as a financing statement, in which case Applicant is the debtor and NIKE is the secured party.
8. **LIMITATION ON DAMAGES\STATUTE OF LIMITATION:** NIKE WILL NOT BE LIABLE FOR ANY LOSS OF PROFIT, INTERRUPTION OF BUSINESS OR ANY OTHER SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES SUFFERED OR SUSTAINED BY APPLICANT. ANY ACTION FOR BREACH OF CONTRACT (OTHER THAN FOR FAILURE TO PAY FOR GOODS DELIVERED, OR FOR FAILURE TO DELIVER GOODS ORDERED AND PAID FOR) MUST BE COMMENCED WITHIN ONE YEAR FROM THE EARLIER OF THE DATE OF DELIVERY OF THE GOODS OR THE DATE OF TERMINATION OF APPLICANT'S ACCOUNT AS PROVIDED HEREIN.
9. **ENTIRE AGREEMENT:** This Application contains the entire understanding between the parties. Applicant acknowledges that there are no other terms, conditions, warranties or representations other than those contained or referenced in this Application. The terms of this Application supersede prior Applications executed by Applicant.
10. **MODIFICATIONS:** Except as specified in this Application, no supplement, modification or amendment of this Application will be binding unless executed in writing by NIKE.
11. **TERMINATION:** NIKE may immediately terminate Applicant's account with NIKE at any time in NIKE's sole and unfettered discretion, including, without limitation, Applicant's ability, if any, to purchase goods on credit or otherwise except with respect to goods ordered and paid for at the time of such termination.
12. **SEVERABILITY\WAIVER\CONSTRUCTION:** Any portion of this Application that is found to be unenforceable will not invalidate the remainder of this Application. Any delay in enforcing or any failure to enforce any provision of this Application will not be deemed a waiver of any other or subsequent breach of this Application unless such waiver is in writing and signed by NIKE. Caption headings are for convenience of reference only and will not affect the interpretation of this Application. Applicant has had the opportunity to consult with an attorney with respect to this Application and has either reviewed this Application with its attorney or waived such right. Therefore, ambiguous terms will be construed without regard to authorship.
13. **COSTS AND ATTORNEY FEES\CHOICE OF LAW\CONSENT TO JURISDICTION:** Applicant will pay such costs, collection agency fees, expenses, reasonable attorney fees, and fees of corporate counsel (including, without limitation, at trial and on appeal) as NIKE may incur in any manner of collection of any sums past due. Oregon law (without resort to its choice of law provisions) will govern all disputes arising out of this Application or the relationship between NIKE and Applicant. As an express condition of doing business, Applicant consents to the nonexclusive jurisdiction of and venue in any state or federal court located in the state of Oregon in any dispute. This means that NIKE can file suit against Applicant in any court located within the state of Oregon.
14. **FORCE MAJEURE:** If a delivery date is specified, that date will be extended to the extent that delivery is delayed by reason of fire, flood, war, riot, strike, natural disaster, or any other event beyond NIKE's reasonable control and if, as a result of such delay, the goods ordered are unavailable, NIKE may substitute comparable goods.
15. **CREDIT CHECK AUTHORIZATION:** In the event Applicant(s) is/are individual(s) or is a partnership, the signing of these terms and conditions shall constitute authorization under the Fair Credit Reporting Act for NIKE to utilize customer credit reporting agencies to provide reports on said individual(s) or partners in order to permit NIKE to appropriately evaluate the extension of any business credit to the Applicant(s). Additionally, should any individual(s) guarantee the debt of the Applicant(s), said individual(s) shall be provided with a copy of this Application, and upon the signing of said guarantee, shall consent to NIKE's use of consumer credit reporting agency reports to assist in the evaluation of the credit of said guarantor(s) for the extension of business credit to the Applicant(s).

Applicant certifies that this Application is made on behalf of the Applicant named in this Application for the purposes of becoming an authorized NIKE retailer and establishing open credit terms with NIKE. Applicant further certifies that the contents of and the financial and other data submitted with this Application accurately represent Applicant's business and financial condition, without material change, as of the date shown below.

"APPLICANT"

_Cardinal Golf_

By _Cardinal Golf_

By _[signature]_

By _____

DATE _2/8/05_

"NIKE"
NIKE USA, Inc., an Oregon corporation

By _____
(NIKE Credit Manager)

THIS APPLICATION WILL HAVE NO FORCE OR EFFECT UNTIL APPROVED BY NIKE AT ITS HOME OFFICE OR REGIONAL SALES OFFICE. ANY SEPARATE APPLICATION FOR ADDITIONAL LOCATIONS MUST BE APPROVED BY NIKE IN WRITING AND WILL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE AGREEMENT.

235 MAY 2003