Larry Slade, Esq., SBN 212276
SLADE LAW
14146 Killion Street, Suite 100
Sherman Oaks, CA 91401
Telephone: (818) 997-8585
Facsimile: (818) 475-5323
larry@sladelaw.com

Attorneys for Plaintiff,
NIKE USA, INC.

JS-6

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NIKE USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDINAL PROMOTIONS, INC., <br><br> Defendants. | No. 5:23-cv-00280-JGB-SHK <br><br> **ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE** |

## ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: March 24, 2023

_____
UNITED STATES DISTRICT JUDGE

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**